In the matter of the lunacy of ROBERT PRICE.

To obtain an order of reference to a Master to inquire whether one who had been de-
clared a lunatic is restored &c., a petition of the person who had been so declared
should be presented.

Mr. *P. D. Vroom* read a petition of the Committee of the
lunatic, stating that he was restored to his reason, and praying
a reference to a Master to inquire whether he was restored, &c.

The CHANCELLOR suggested that the petition of Robert Price
should be obtained.

Mr. *Vroom* assented; and his petition was afterwards ob-
tained; and the order of reference made.